STATE, EX REL. BECKER, v. DAVID LINGLER.

The principles recognized in the foregoing case are equally applicable to this case and lead to a similar conclusion.

A judgment will issue herein against David Lingler ousting him from the office of chief of the fire department and of reinstatement of Adam Becker to said office.